**No. 09-9863. Paul Eugene Robinson, Petitioner v. California.**

562 U.S. 842, 131 S. Ct. 72, 178 L. Ed. 2d 49, 2010 U.S. LEXIS 5874.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 47 Cal. 4th 1104, 104 Cal. Rptr. 3d 727, 224 P.3d 55.